IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02552-AP

WANDA HARTGRAVES,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

PETER KOMLOS-HROBSKY
Colorado Legal Services
1905 Sherman Street, Suite 400
Denver, CO 80203
(303) 866-9391
Denver, CO 80203
pkhrobsky@colegalserv.org

For Defendant:

DAVID M. GAOUETTE
Acting United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
District of Colorado

THOMAS H. KRAUS
Special Assistant U.S. Attorney
1961 Stout St., Suite 1001A
Denver, CO 80294
(303) 844-0017
tom.kraus@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

A.  **Date Complaint Was Filed:** 11/21/08

B.  **Date Complaint Was Served on U.S. Attorney's Office:** 12/17/08

C.  **Date Answer and Administrative Record Were Filed:** 2/16/09

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

A.  **Plaintiff statement:** Plaintiff, to the best of her knowledge, states that the administrative record is complete and accurate.

B.  **Defendant statement:** Defendant, to the best of his knowledge, states that the administrative record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

A.  **Plaintiff's statement:** Plaintiff does not intend to submit additional evidence.

B.  **Defendant's Statement:** Defendant does not intend to submit additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

A.  **Plaintiff states:** This case does not raise unusual claims or defenses.

B.  **Defendant states:** This case does not raise unusual claims or defenses.

**7. OTHER MATTERS**

A.  **Plaintiff:** Plaintiff has no other matters at this time.

B.  **Defendant:** Defendant has no other matters at this time.

**8. BRIEFING SCHEDULE**

A. **Plaintiff's Opening Brief Due:** April 13, 2009

B. **Defendant's Response Brief Due:** May 11, 2009

C. **Plaintiff's Reply Brief (If Any) Due:** May 29, 2009

## 9. STATEMENTS REGARDING ORAL ARGUMENT

A. **Plaintiff's Statement:** Plaintiff requests oral argument.

B. **Defendant's Statement:** Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED: March 5, 2009

BY THE COURT:

                                     *S/John L. Kane*
                                     U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Peter Komlos-Hrobsky<br>PETER KOMLOS-HROBSKY<br>Colorado Legal Services<br>1905 Sherman Street, Suite 400<br>Denver, CO 80203<br>(303) 866-9391<br>pkhrobsky@colegalserv.org | DAVID M. GAOUETTE<br>Acting United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br><br>s/ Thomas H. Kraus<br>By: THOMAS H. KRAUS<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, Colorado  80294<br>(303) 844-0017<br>tom.kraus@ssa.gov<br><br>Attorneys for Defendant |